1
2
3
4
5
6
7

JS-6

8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10

11  MICHAEL RHAMBO,

12           Plaintiff,

13       vs.

14

15  PEGASUS TRUCKING, INC. D/B/A
    FALLAS PAREDES #7124; FALLAS
16  BORROWER IV, LLC; and DOES 1 to
    10,

17

18           Defendants.

**Case No.: 2:20-cv-02151-RGK (AGRx)**
**Assigned to Hon. R. Gary Klausner**

**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION**

19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, all parties to bear their own fees and costs.

SO ORDERED.

DATED: August 18, 2020

_____
United States District Court Judge